No. 92–253.  ILLINOIS DEPARTMENT OF CORRECTIONS *v.* FLOW-
ERS.  C. A. 7th Cir.  Motion of respondent for leave to proceed
*in forma pauperis* granted.  Certiorari granted, judgment va-
cated, and case remanded for further consideration in light of
*Gilmore* v. *Taylor, ante,* p. 333.

No. 92–568.  OHIO *v.* WYANT ET AL.  Sup. Ct. Ohio.  Motions
of respondents Robert E. Blazer, David Wyant, Mark Staton,
Aaron L. Plessinger, Clancy Van Gundy, Bryan Krebs, and
Charles Culp for leave to proceed *in forma pauperis* granted.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Wisconsin* v. *Mitchell, ante,* p. 476.

No. 92–720.  SHALALA, SECRETARY OF HEALTH AND HUMAN
SERVICES *v.* MT. DIABLO HOSPITAL MEDICAL CENTER.  C. A. 9th
Cir.  Certiorari granted, judgment vacated, and case remanded
for further consideration in light of *Good Samaritan Hospital* v.
*Shalala, ante,* p. 402.

No. 92–1547.  INTERSTATE COMMERCE COMMISSION *v.* TRANS-
CON LINES ET AL.  C. A. 9th Cir.  Certiorari granted, judgment
vacated, and case remanded for further consideration in light of
*Reiter* v. *Cooper,* 507 U. S. 258 (1993).

No. 92–6931.  SULLIVAN *v.* SOKOLSKI.  C. A. 3d Cir.  Motion
of petitioner for leave to proceed *in forma pauperis* granted.
Certiorari granted, judgment vacated, and case remanded for fur-
ther consideration in light of *Antoine* v. *Byers & Anderson, Inc.,
ante,* p. 429.

No. D–1238.  IN RE DISBARMENT OF SMALL.  Disbarment en-
tered.  [For earlier order herein, see 507 U. S. 957.]

No. D–1245.  IN RE DISBARMENT OF COHEN.  Disbarment en-
tered.  [For earlier order herein, see 507 U. S. 970.]

No. D–1247.  IN RE DISBARMENT OF KEEL.  Disbarment en-
tered.  [For earlier order herein, see 507 U. S. 982.]